GEORGE W. MARTIN et al., Respondents, *v.* SAMUEL C. FREED, Appellant.

*Martin* v. *Freed*, 78 Hun, 614, affirmed.
(Argued June 17, 1896; decided October 6, 1896.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made May 14, 1894, which affirmed a judgment in favor of plaintiffs entered upon a decision of the court on trial at Circuit, a jury having been waived.

*Isaac N. Miller* for appellant.

*J. Stewart Ross* for respondents.

Judgment affirmed, with costs; no opinion.
All concur.

———————————

THE PEOPLE OF THE STATE OF NEW YORK *v.* THE ST. NICHOLAS BANK of New York; HUGH J. GRANT, Receiver, Appellant; In re Claim of D. O. MILLS, Respondent.

(Decided October 6, 1896.)

THIS was a motion to advance an appeal from a judgment for costs and from the order upon which the same was entered, being an order of the Appellate Division of the Supreme Court in the first judicial department, made April 10, 1896, which affirmed an order of Special Term overruling exceptions to the report of a referee appointed under the statute (2 R. S. 45, §§ 19, 24 and 25, as amended by chap. 373, Laws of 1862) to determine a controversy between the claimant, D. O. Mills, and the receiver of the St. Nicholas Bank, and confirmed the same. (See *People* v. *American Loan & Trust Co., ante,* p. 117.)

Motion denied on the ground that this was not an order finally determining a special proceeding within the provision of the Constitution. Such an order is only reviewable here when certified to this court by the Appellate Division.